[No. 31777-6-I.    Division One.    May 16, 1994.]

DOROTHY L. HERR, *Individually and as Guardian, Appellant*, v. MILDRED D. HALFON, *as Personal Representative, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 91-2-01911-8, Robert H. Alsdorf, J., entered November 2, 1992. *Reversed* by unpublished opinion per Webster, C.J., concurred in by Pekelis and Baker, JJ.

[Nos. 30781-9-I; 31480-7-I.    Division One.    May 16, 1994.]

PAUL GEORGE, *Plaintiff*, v. BURLINGTON NORTHERN RAILROAD COMPANY, *Appellant*, MARMON GROUP, INC., ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 89-2-04228-1, Ronald Castleberry, J., entered May 13, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Coleman, JJ.

[No. 30133-1-I.    Division One.    May 16, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS LEE HARVEY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-1-00473-3, David E. Rhea, Jr., J. Pro Tem., entered January 14, 1992. *Reversed* by unpublished opinion per Webster, C.J., concurred in by Coleman and Grosse, JJ.